IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| HELEN R. THOMPSON,<br>an individual,<br>  Plaintiff,<br>v.<br><br>OMAHA PUBLIC POWER DISTRICT,<br>a political division of the State of<br>Nebraska,<br><br>  Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | CASE NO.: 8:13-CV-00106<br><br><br><br>**ORDER ON**<br>**STIPULATION FOR DISMISSAL** |

This matter comes before the Court on the parties' Joint Stipulation for Dismissal With Prejudice (Filing No. 47). The Court, having reviewed the parties' Stipulation, and being otherwise fully advised in the premises, finds that this matter shall be dismissed with prejudice, each party to pay its own costs.

**IT IS SO ORDERED.**

DATED this 14th day of January, 2015.

BY THE COURT:

_____s/Joseph F. Bataillon_____
The Honorable Joseph F. Batallion
Senior United States District Judge

PREPARED AND SUBMITTED BY:

OMAHA PUBLIC POWER DISTRICT, Defendant,

By: /s/ Sarah L. McGill_____
     Robert F. Rossiter, Jr.,  #16650
     Sarah L. McGill, #24790
of:  FRASER STRYKER PC LLO
     500 Energy Plaza, 409 South 17th Street
     Omaha, Nebraska  68102
     (402) 341-6000
     (402) 341-8290 (fax)
     rrossiter@fraserstryker.com
     smcgill@fraserstryker.com
     ATTORNEYS FOR DEFENDANT

APPROVED AS TO FORM AND  CONTENT BY:

HELEN THOMPSON, Plaintiff,

By: /s/ Terry A. White_____
     Terry A. White, #18282
of:  Carlson & Burnett
     816 South 169th Street
     Omaha, NE  68118
     (402) 218-1057
     (402) 934-5920 (fax)
     terry@CarlsonBurnett.com
     ATTORNEYS FOR PLAINTIFF